IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY W. VAUGHAN,

    *Plaintiff*,

v.    Case No.: 3:25cv45-MW/ZCB

MIKESHIA PURIFOY,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 30. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 30, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 13, is GRANTED. The Clerk shall enter judgment stating, "This case is DISMISSED for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a)." The Clerk shall close the file.

**SO ORDERED on January 5, 2026.**

                                                                                      **s/Mark E. Walker                 **
                                                                                      **United States District Judge**